IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-240-F

| | |
|---|---|
| BRAGG COMMUNITIES, LLC; BRAGG-PICERNE PARTNERS, LLC; CORVIAS MILITARY LIVING, LLC; and CORVIAS MILITARY CONSTRUCTION, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ILLINOIS UNION INSURANCE COMPANY, <br><br> Defendant. | **ORDER** |

The court has been informed that the parties to this action have reached a settlement. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before **January 24, 2017**. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before **January 24, 2017**. The Clerk of Court is DIRECTED to remove this matter from the court's pretrial and trial calendars.

SO ORDERED.

This the 13th day of December, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge